# Exhibit A

# COMMONWEALTH OF VIRGINIA



LOUDOUN CIRCUIT COURT
Criminal Division
18 E MARKET ST/PO BOX 550
LEESBURG VA 20178-0550
(703) 777-0270

Witness Subpoena

To the sheriff of: LOUDOUN COUNTY
or any authorized officer

Case number: 107CR00033449-00

You are commanded to summon: JEFFREY H COMPARIN
US DEPT OF JUSTICE
DRUG ENFORCEMENT ADMIN
22624 DULLES SUMMIT COURT
STERLING VA 20166

To appear in the LOUDOUN CIRCUIT COURT - Criminal Division at its courthouse, 18 E MARKET ST/PO BOX 550, from Monday, September 30, 2019 to Wednesday, October 02, 2019 at 09:00AM, to testify in the case of COMMONWEALTH OF VAvs KEN FUENTECILLA .

This Subpoena is issued on application of the defendant in the case of
COMMONWEALTH OF VA vs KEN FUENTECILLA .

Service issued: Friday, August 23, 2019
Clerk of Court: GARY M CLEMENS

By: _Susan R. Shields_
(Clerk/Deputy Clerk)

Instructions: BIBERAJ SNOW SINCLAIR; 703/779-2000

Attorney's name: BIBERAJ, BUTA; S
7 EAST MARKET ST
SUITE 102
LEESBURG VA 20176

# COMMONWEALTH OF VIRGINIA



LOUDOUN CIRCUIT COURT
Criminal Division
18 E MARKET ST/PO BOX 550
LEESBURG VA 20178-0550
(703) 777-0270

Witness Subpoena

To the sheriff of: LOUDOUN COUNTY
or any authorized officer

Case number: 107CR00033449-00

You are commanded to summon: VALERIE COLLEY
US DEPT OF JUSTICE
DRUG ENFORCEMENT ADMIN
22624 DULLES SUMMIT COURT
STERLING VA 20166

To appear in the LOUDOUN CIRCUIT COURT - Criminal Division at its courthouse, 18 E MARKET ST/PO BOX 550, from Monday, September 30, 2019 to Wednesday, October 02, 2019 at 09:00AM, to testify in the case of COMMONWEALTH OF VA vs KEN FUENTECILLA .

This Subpoena is issued on application of the defendant in the case of
COMMONWEALTH OF VA vs KEN FUENTECILLA .

Service issued: Friday, August 23, 2019
Clerk of Court: GARY M CLEMENS

By: _Susan R. Shields_
(Clerk/Deputy Clerk)

Instructions: BIBERAJ SNOW SINCLAIR; 703/779-2000

Attorney's name: BIBERAJ, BUTA; S
7 EAST MARKET ST
SUITE 102
LEESBURG VA 20176

# COMMONWEALTH OF VIRGINIA



LOUDOUN CIRCUIT COURT
Criminal Division
18 E MARKET ST/PO BOX 550
LEESBURG VA 20178-0550
(703) 777-0270

Witness Subpoena

To the sheriff of: LOUDOUN COUNTY
or any authorized officer

Case number: 107CR00033449-00

You are commanded to summon: LAURA JONES
US DEPT OF JUSTICE
DRUG ENFORCEMENT ADMIN
22624 DULLES SUMMIT COURT
STERLING VA 20166

To appear in the LOUDOUN CIRCUIT COURT - Criminal Division at its courthouse, 18 E MARKET ST/PO BOX 550, from Monday, September 30, 2019 to Wednesday, October 02, 2019 at 09:00AM, to testify in the case of COMMONWEALTH OF VA vs KEN FUENTECILLA .

This Subpoena is issued on application of the defendant in the case of
COMMONWEALTH OF VA vs KEN FUENTECILLA .

Service issued: Friday, August 23, 2019
Clerk of Court: GARY M CLEMENS

By: Susan R. Shields
(Clerk/Deputy Clerk)

Instructions: BIBERAJ SNOW SINCLAIR; 703/779-2000

Attorney's name: BIBERAJ, BUTA; S
7 EAST MARKET ST
SUITE 102
LEESBURG VA 20176

## COMMONWEALTH OF VIRGINIA



LOUDOUN CIRCUIT COURT
Criminal Division
18 E MARKET ST/PO BOX 550
LEESBURG VA 20178-0550
(703) 777-0270

Witness Subpoena

To the sheriff of: LOUDOUN COUNTY
or any authorized officer

Case number: 107CR00033449-00

You are commanded to summon: JENNIFER MALLET
US DEPT OF JUSTICE
DRUG ENFORCEMENT ADMIN
22624 DULLES SUMMIT COURT
STERLING VA 20166

To appear in the LOUDOUN CIRCUIT COURT - Criminal Division at its courthouse, 18 E MARKET ST/PO BOX 550, from Monday, September 30, 2019 to Wednesday, October 02, 2019 at 09:00AM, to testify in the case of COMMONWEALTH OF VA vs KEN FUENTECILLA.

This Subpoena is issued on application of the defendant in the case of
COMMONWEALTH OF VA vs KEN FUENTECILLA.

Service issued: Friday, August 23, 2019
Clerk of Court: GARY M CLEMENS

By: *Susan R. Shiels*
(Clerk/Deputy Clerk)

Instructions: BIBERAJ SNOW SINCLAIR; 703/779-2000

Attorney's name: BIBERAJ, BUTA; S
7 EAST MARKET ST
SUITE 102
LEESBURG VA 20176

# COMMONWEALTH OF VIRGINIA



LOUDOUN CIRCUIT COURT
Criminal Division
18 E MARKET ST/PO BOX 550
LEESBURG VA 20178-0550
(703) 777-0270

Witness Subpoena

To the sheriff of: LOUDOUN COUNTY
or any authorized officer

Case number: 107CR00033449-00

You are commanded to summon: MIKE WIGEN
US DEPT OF JUSTICE
DRUG ENFORCEMENT ADMIN
22624 DULLES SUMMIT COURT
STERLING VA 20166

To appear in the LOUDOUN CIRCUIT COURT - Criminal Division at its courthouse, 18 E MARKET ST/PO BOX 550, from Monday, September 30, 2019 to Wednesday, October 02, 2019 at 09:00AM, to testify in the case of COMMONWEALTH OF VAvs KEN FUENTECILLA .

This Subpoena is issued on application of the defendant in the case of
COMMONWEALTH OF VA vs KEN FUENTECILLA .

Service issued: Friday, August 23, 2019
Clerk of Court: GARY M CLEMENS

By: *Susan R Shuler*
(Clerk/Deputy Clerk)

Instructions: BIBERAJ SNOW SINCLAIR; 703/779-2000

Attorney's name: BIBERAJ, BUTA; S
7 EAST MARKET ST
SUITE 102
LEESBURG VA 20176